IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jared Lee Loughner,
Plaintiff

V.

CV-16-00748-PHX-DJH--MHB

Case no._____

Gabrielle Giffords ;
Federal Bureau of Prisons

Under 42 usc 1983
violation of civil rights

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv P 5.4
(Rule Number/Section)

Comes Now, The Plaintiff, Moves this honorable court under 42 usc 1983 to issue an order for named defendants in this lawsuit to respond. I seek $ 25,000,000.00 million dollars in punitive damages from Defendant Gabrielle Giffords for causing me emotion and psychological distress.

Jurisdiction

This Court has subject matter jurisdiction under 28 usc 1331 because I was illegally arrested and prosecuted in Arizona

COMPLAINT

My incarceration is illegal. I am actually innocent. I was Framed. I am a victim of project mk-ultra the govt. put a chip in my head to control my mind. The Zeigeist is part of new world order to create false flag attacks to justify new world order. Gabby Giffords is in the Illuminati and I have evidence of this with her dancing at boheimian Grove with the Rockerfellers, Rothschilds, and Jewish entities . I was handpicked illegally to be a sleeper assassin. MY HEAD is full of chips and this evil empire govt is controlling me within and outside of my. The defendants took my medications and force me strapped in the chair to be subjected to microwave testing. The defendants spray chemtrails into the skies above me which is getting me sick and delusional. Gabby Giffords husband plants illegal spy equipment into the skies to spy on americans lives for the NSA's ILLEGAL roving wiretap porngram under G.W. bush's orders a, im not getting proper food in prison. No peppers, steaks, fruits juices. Gabby Giffords never got shot, it was all an act, Giffords watches Ronald Reagan movies and pretened she was hit. Secreataty of state brady shot giffords and frank giffords is brain dead because of the defendants mind control. I am being water boarded everyday by nas/cia/atf on defendants direct orders. Gabby Giffords is part of a global plot to take away our civil liberties, she infiltrated the cliven bundy ranch and set that poor man up .Giffords used govt pensions and life insurances to fininance the 2 san bernadino shooters. My water has fluoride that defendants plant parasites in my water, and feed me aspartane by montsano. pLEASE HELP ME. I SEEK IMMEDIATE RELEASE

FROM PRISON BECAUSE I AM INNOCENT!! my attorney jUDY was ineffective she is a global spy agent who forced me to plead guilty and she frame tsarnaev. I get no npr in prison , no cspan, this sentence violates my 8th amendment rights for cruel and unusual punishment

## RELIEF

I seek $ 25,000,000.00 million dollars in punitive damages from defendant Giffords, my civil and all constitutional rights were violated, I am suffrening emotion distress from defendants. I seek immediate release from prison due to my actual innocence.

03/11/16

Respectfully,

*[signature]*

Jared Lee Loughner
# 15213-196\
FMC ROCHESTER
P.O. BOX 4000
Rochester , MN 55903



Jared Lee Loughner
#15213-196
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

United States District Court
401 W. Washington St.
Phoenix, AZ 85003

RECEIVED
MAR 18 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHILADELPHIA 15 MAR 2016