KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Lee Loughner, | No. CV 16-00748-PHX-DJH (MHB) |
| Plaintiff, | |
| v. | **ORDER** |
| Gabrielle Giffords, et al., | |
| Defendants. | |

On March 18, 2016, the Court received a civil rights complaint purporting to be filed by Jared Lee Loughner. The Court received a letter from Loughner's attorney avowing that Loughner did not file the complaint nor did he authorize the filing of such complaint. Further, the complaint, while purporting to be mailed from the Federal Medical Center in Rochester, Minnesota, was received in an envelope bearing a postmark from Philadelphia. (Doc. 1 at 3.) Moreover, this complaint is similar in appearance and character to numerous other filings that have previously been mailed from Pennsylvania, filed with, and dismissed by, this Court. *See, e.g.*, *Donnelly v. United States of America*, No. CV 14-1381-PHX-JJT (MEA) (D. Ariz.) (purporting to seek habeas relief on behalf of Aldrich Ames); *Donnelly v. Harrell*, No. CV 14-1338-PHX-JJT (MEA) (D. Ariz.) (purporting to seek habeas relief on behalf of Marissa DeVault); *Donnelly v. Federal Bureau of Prisons*, No. CV 14-1383-PHX-JJT (MEA) (D. Ariz.) (purporting to seek habeas relief on behalf of Robert Hanssen); *Arias v. Grace*, No. CV 14-00710-PHX-GMS (DKD) (D. Ariz.) (a civil rights complaint purporting to be filed by Jodi Arias);

1 *Hitler v. Roosevelt*, No. CV 15-00598-PHX-DGC (ESW) (D. Ariz.); *Albright v. Lubitz*, No. CV 15-00616-PHX-SRB (ESW) (D. Ariz); *Scott v. Slager*, No. CV 15-00682-PHX-SRB (JZB) (D.Ariz.); *Greenwald v. Snowden*, No. CV 15-00500-PHX-JJT (JFM) (D. Ariz.); *Unmasking v. Stiviano*, No. CV 15-00228-PHX-PGR (JFM) (D. Ariz.); *David v. Goliath*, No. CV 15-00555-PHX-GMS (JZB) (D. Ariz.); *Sterling v. Silver*, No. CV 14-00966-PHX-SRB (MHB) (D. Ariz). This abusive behavior has not been limited to this Court. *See*, *e.g.*, *Donnelly v. Kardashian*, No. CV 8:14-1515-JDW (TBM) (M.D. Fla.) (dismissed as frivolous); *Donnelly v. United States of America*, No. 1:14-CV-0506-JAB (LPA) (M.D. N.C.) (purporting to seek habeas relief on behalf of Bernard Madoff); *Donnelly v. Binalshibshi*, No. 3:14-MC-00792 (M.D. Tenn.) (purporting to seek habeas relief on behalf of Ramzi Binalshishi).

Accordingly, the Court will direct the Clerk of the Court to dismiss the complaint and close this action. Further, due to the apparent fraudulent filing of this complaint and the ongoing abuse of the judicial system, the Court will deliver a copy of this Order to the Office of the United States Attorney for the District of Arizona for its review.

**IT IS ORDERED:**

(1) The Complaint (Doc. 1) and this action are **dismissed**, and the Clerk of Court must enter judgment accordingly and terminate this action.

(2) The Clerk of the Court must deliver a copy of this Order to the Office of the United States Attorney for the District of Arizona.

**Dated** this 24th day of March, 2016.

Honorable Diane J. Humetewa
United States District Judge