**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jared Lee Loughner,

Plaintiff,

v.

Gabrielle Giffords, et al.,

Defendants.

**NO. CV-16-00748-PHX-DJH (MHB)**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 24, 2016, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

March 24, 2016

By s/ Linda Patton
Deputy Clerk